SAMUEL L. WALDBAUM, Appellant, v. RITE-CAPITAL PLEATING & STITCHING Co., INC., and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

JOHN K. WHITE and Others, as Trustees, etc., Respondents, v. JEANNETTE RUBINSTEIN and Others, Defendants, and COMMERCIAL GUILD, INC., and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

HELEN WOJNICKI, an Infant, by WACLAW WOJNICKI, Her Guardian ad Litem, and WACLAW WOJNICKI, Individually, Respondents, v. POLISH-NATIONAL ALLIANCE OF BROOKLYN, U. S. A., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

JOHN ANGELORA, as Secretary-Treasurer of the INTERNATIONAL ASSOCIATION OF CLEANERS AND DYE HOUSE WORKERS, LOCAL 4, A. F. OF L., an Unincorporated Membership Association of More than 7 Members, Appellant, v. KENT STORES, INC., and LOUIS MARCUS, Respondents.— Order dismissing plaintiff's amended complaint as to Kent Stores, Inc., and order dismissing the second cause of action in plaintiff's amended complaint as to Louis Marcus, on the ground that it does not state facts sufficient to constitute a cause of action, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.

MARILYN BUTCHEN, Respondent, v. BECKIE GELFER, Appellant.— Action to recover damages for personal injuries suffered by the plaintiff through the alleged negligence of the defendant in the maintenance and care of an apartment house. Judgment reversed on the facts and a new trial granted, with costs to appellant to abide the event, on the ground that the determination of the jury is clearly against the weight of the credible evidence. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.